IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM J. SPARKS, JR.** **PLAINTIFF**
**#136379**

v. CASE NO. 3:17-CV-00271 BSM

**JOHN H. BRADLY, et al.** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE